| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics In Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Gonzalez, Jr., Jose A | 2. Court or Organization U.S. District Court, So.Distri | 3. Date of Report 4/14/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge (Senior) | 5. ReportType (check appropriate type) ◯ Nomination, Date ◯ Initial ⦿ Annual ◯ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 205D, United States Courthouse 299 East Broward Boulevard Fort Lauderdale, Florida 33301 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

RECEIVED 2005 MAY 16 A 10: 48 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gonzalez, Jr., Jose A | 4/14/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | 0.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | Copeland & Chambliss, P.A., Attorneys at Law. Self-employed as a lawyer. |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gonzalez, Jr., Jose A | 4/14/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. | | | | | | | | | |
| 2. Bond-Cheland Cty, Wash.School Dist. 228 | B | Interest | | | Redeemed | 6/30 | J | | |
| 3. BankAmerica Market Line Acct., Fort Lauderdale, FL | A | Interest | N | T | | | | | |
| 4. SunBank Money Mkt Acct., Fort Lauderdale, FL | A | Interest | K | T | | | | | |
| 5. Oxford Tax Exempt | A | Interest | J | T | | | | | |
| 6. Coca-Cola | A | Dividend | K | T | | | | | |
| 7. Home Depot, Inc. | A | Dividend | K | T | | | | | |
| 8. | | | | | | | | | |
| 9. Orange Blossom Land Trust, Fort Lauderdale, FL | | None | J | W | | | | | |
| 10. FPL Group, Inc. | A | Dividend | K | T | | | | | |
| 11. Morgan Stanley Dean Witter Tax Free, Inc. | A | Interest | K | T | | | | | |
| 12. General Electric Co. | A | Dividend | K | T | | | | | |
| 13. Morgan Stanley Dean Witter-Asset Trust CTR -IRA | A | Interest | K | T | | | | | |
| 14. FPL Group, Inc. - IRA | A | Dividend | J | T | | | | | |
| 15. Schering Plough Corp. | A | Dividend | J | T | | | | | |
| 16. Morgan Stanley Dean Witter Active Assets Acct. | A | Interest | J | T | | | | | |
| 17. SunTrust Banks | A | Dividend | K | T | | | | | |
| 18. Bond-Venice, FL UtilREV | A | Interest | | | Sell | 7/1 | J | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gonzalez, Jr., Jose A | 4/14/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 19. Bond - Palm Beach Cty Solid Waste REV | A | Interest | | | Sold | 12/1 | J | A | |
| 20. Bond - FLA ST BOE Pub Educ. | A | Interest | L | T | | | | | |
| 21. Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 22. Exxon Corp. | A | Dividend | L | T | | | | | |
| 23. Muniyield FLA. Fund | A | Dividend | K | T | | | | | |
| 24. American Stores | A | Dividend | J | T | | | | | |
| 25. Acreage - Wayne County, GA | | None | K | W | | | | | |
| 26. Acreage - Highlands County, FL | | None | J | W | | | | | |
| 27. Coml Rental, FtLaud, FL (Quester)(Formerly listed twice - Item 8 - 2004) | | Rent | L | W | | | | | |
| 28. AT&T | A | Dividend | J | T | | | | | |
| 29. Verizon Communications (Bell Atlantic) | A | Dividend | K | T | | | | | |
| 30. Bell South | A | Dividend | K | T | | | | | |
| 31. Kimberly Clark | A | Dividend | J | T | | | | | |
| 32. SBC Communications (SW Bell) (Also Ameritech) | A | Dividend | K | T | | | | | |
| 33. H.J. Heinz | A | Dividend | J | T | | | | | |
| 34. Grady's Bar, Inc., Fort Lauderdale, FL | C | Dividend | L | W | | | | | |
| 35. Lee Bank | A | Interest | K | T | | | | | |
| 36. Equitable Life | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| --- | --- | --- | --- | --- | --- |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gonzalez, Jr., Jose A | 4/14/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Lucent Technologies | | None | J | T | | | | | |
| 38. Hewlett Packard - IRA | A | Dividend | K | T | | | | | |
| 39. | | | | | | | | | |
| 40. American Brands | A | Dividend | K | T | | | | | |
| 41. Bond - Dade County Aviation Ref. | B | Interest | K | T | | | | | |
| 42. Bond - Indian River County Water and Sewer Rev. | B | Interest | K | T | | | | | |
| 43. Merrill Lynch CMA Tax Exempt Fund | | None | | | Sold 11/30/03 | 11/30/03 | J | | |
| 44. Vodafone GP PLC (Gallaher CP PLC) | A | Dividend | K | T | | | | | |
| 45. Associates First CAP CPA | A | Dividend | J | T | | | | | |
| 46. Albertsons, Inc. | A | Dividend | J | T | | | | | |
| 47. BankAmerica Checking | A | Interest | K | T | | | | | |
| 48. Agilent Technologies | | None | J | T | | | | | |
| 49. Ask Jeeves | | None | J | T | | | | | |
| 50. Avaya, Inc. | | None | J | T | | | | | |
| 51. Visteon Corp. | A | Dividend | J | T | | | | | |
| 52. Citigroup | A | Dividend | J | T | | | | | |
| 53. M375 Associates 10 | | None | J | T | | | | | |
| 54. AT&T Wireless | A | Dividend | | | Sold | 10/27 | J | A | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gonzalez, Jr., Jose A | 4/14/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Kraft Foods | A | Dividend | J | T | | | | | |
| 56. Pepsico, Inc. | A | Dividend | J | T | | | | | |
| 57. Zimmer Holdings | | None | J | T | | | | | |
| 58. Copeland Real Estate, Inc., Fort Lauderdale, FL | D | Dividend | M | A | | | | | |
| 59. Florida St.Bd.Ed. Cap Bond | A | Interest | K | T | | | | | |
| 60. Florida St. Turnpike Auth Rev. Bond | A | Interest | K | T | | | | | |
| 61. Tampa Bay Water Sup Re. Bond | A | Interest | K | T | | | | | |
| 62. National City Corp | A | Dividend | K | T | | | | | |
| 63. Comcast | A | Dividend | J | T | | | | | |
| 64. Franklin F/L T/F Income | C | Interest | M | T | | | | | |
| 65. Vanb Kampen Tax Exempt | C | Interest | M | T | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |
| 68. | | | | | | | | | |
| 69. Amanda Tilley - Personal loan | B | Interest | J | T | | | | | |
| 70. Bond - Jacksonville Fla GTD Entitlement | J | Interest | J | T | Buy | 5/6 | | | |
| 71. Neenah Paper Inc. | | None | J | T | Stock div. | 11/30 | | | |
| 72. Del Monte Foods | J | Dividend | J | T | Buy | 4/8/94 | J | T | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gonzalez, Jr., Jose A | 4/14/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Wachovia Corp | J | Dividend | K | T | Buy | 9/26/95 | K | T | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Del Monte Foods and Wachovia Corp. were not previously reported a ~~████████████████~~ were previously unknown to me.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gonzalez, Jr., Jose A | 4/14/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _May 10, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544